Case 16-15881-ABA    Doc 29    Filed 07/18/17    Entered 07/18/17 15:47:24    Desc Main
Document    Page 1 of 2

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Toyota Motor Credit Corporation | Order Filed on July 18, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Bilello, Margherita<br>    Bilello, Salvatore | Case No:    16-15881 ABA<br><br>Chapter: 13<br><br>Hearing Date: July 18, 2017<br>Judge:  Andrew B. Altenburg Jr. |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 18, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as:

**2013 TOYOTA COROLLA, VIN: 2T1BU4EEXDC960074,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*