| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
      Bilello, Margherita
      Bilello, Salvatore



**Order Filed on July 18, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No:      16-15881 ABA

Chapter: 13

Hearing Date: July 18, 2017

Judge:  Andrew B. Altenburg Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 18, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:

**2013 TOYOTA COROLLA, VIN: 2T1BU4EEXDC960074,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 16-15881-ABA
Salvatore Bilello                                           Chapter 13
Margherita Bilello
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin          Page 1 of 1              Date Rcvd: Jul 18, 2017
                             Form ID: pdf903      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
db/jdb        +Salvatore Bilello,   Margherita Bilello,   609 N Oxford Avenue,   Ventnor, NJ 08406-1546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Francesca Ann Arcure    on behalf of Creditor    JPMorgan Chase Bank, National Association as
           servicing agent for Wells Fargo Bank, N.A. as trustee for Freddie Mac Securities REMIC Trust,
           Series 2005-S001 nj_ecf_notices@buckleymadole.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Joel Lee Schwartz    on behalf of Debtor Salvatore  Bilello esqinac@aol.com,   stacygreen7@aol.com
          Joel Lee Schwartz    on behalf of Joint Debtor Margherita  Bilello esqinac@aol.com,
           stacygreen7@aol.com
                                                                          TOTAL: 7