Melissa Licker
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

**Order Filed on July 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re:<br><br>Salvatore Bilello,<br>Margherita Bilello,<br><br><div align="right">Debtors.</div> | Chapter 13<br><br>Case No. 16-15881-ABA<br><br>Hearing Date: July 3, 2018 at 10:00 am<br><br>Judge: Andrew B. Altenburg Jr |
|---|---|

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: July 3, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Salvatore Bilello and Margherita Bilello |
| Case No.: | 16-15881-ABA |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the motion of Wells Fargo Bank, N.A. as trustee for Freddie Mac Securities REMIC Trust, Series 2005-S001 as serviced by JPMorgan Chase Bank, National Association ("Movant") for an Order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 609 N Oxford Avenue, Ventnor City, NJ 08406;
2. Movant may join as defendants in said foreclosure action the Debtors and/or any trustee appointed in this case, irrespective of whether the Debtors' case converts to any other chapter of the Bankruptcy Code;
3. Movant may pursue any and all loss mitigation options with respect to the Debtors or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;
4. Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtors as required by F.R.B.P. 3002.1(b) and (c).