Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.:  16−15881−ABA
                       Chapter:  13
                       Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Salvatore Bilello | Margherita Bilello |
|---|---|
| 609 N Oxford Avenue | 609 N Oxford Avenue |
| Ventnor, NJ 08406 | Ventnor, NJ 08406 |

Social Security No.:
   xxx−xx−0598                                        xxx−xx−3163

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on October 24, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 24, 2018
JAN: bc

                                                                              Jeanne Naughton
                                                                              Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                         Case No. 16-15881-ABA
Salvatore Bilello                                              Chapter 13
Margherita Bilello
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Oct 24, 2018
                               Form ID: 148                Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db/jdb         +Salvatore Bilello,    Margherita Bilello,    609 N Oxford Avenue,    Ventnor, NJ 08406-1546
cr             +JPMorgan Chase Bank, National Association as servi,    P. O. Box 9013,    Addison, TX 75001-9013
516086844      +ARMC Faculty Practice-Pathology,    PO Box 8500-5287,    Philadelphia,    PA 19178-0001
516086845      +Apex Asset Management,    2501 Oregon Pike, Suite 120,    Lancaster,    PA 17601-4890
516086847      +Atlanticare Physician Group,    PO Box 786061,    Philadelphia,    PA 19178-6061
516086851      +Chase,   PO Box 24696,    Columbus, OH 43224-0696
516086856      +Macy's,    PO Box 8216,    Mason,    OH 45040-8216
516086857      +New Jersey Health Network,    2500 English Creek Ave, Building 800,    Egg Harbor Twp,
                 NJ 08234-5598
516086858      +PO Box 786061,    Philadelphia,    PA,   1 19178-6061
516086860      +Rickart Collection Systems, Inc.,    PO box 7242,    North Brunswick,    NJ 08902-7242
516086861      +SMH Professional Services,    PO Box 48094,    Newark,    NJ 07101-4893
516135011      +Toyota Motor Credit Corporation,    P.O. Box 9013,    Addison, Texas 75001-9013
516409697      +WELLS FARGO BANK, N.A.Trustee (see 410),    C/O CHASE RECORDS CENTER,    ATT: CORRESPONDENCE MAIL,
                 MAIL CODE: LA4-5555,    700 KANSAS LANE,    MONROE, LOUISIANA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 00:26:02      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 00:25:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516086850      +EDI: CAPITALONE.COM Oct 25 2018 03:53:00      Capital One/Boscovs,    PO Box 30253,
                 Salt Lake City,    UT 84130-0253
516086852      +EDI: CCS.COM Oct 25 2018 03:53:00      Credit Collection Services,    Two Wells Avenue,    Newton,
                 MA 02459-3246
516086853      +EDI: IIC9.COM Oct 25 2018 03:53:00      IC System,    PO Box 64378,    Saint Paul,    MN 55164-0378
516086859       E-mail/Text: bkrnotice@prgmail.com Oct 25 2018 00:25:59      Paragon Revenue Group,
                 216 LE Phillip Court,    Concord,    N, 28025
516086862       EDI: TFSR.COM Oct 25 2018 03:53:00      Toyota Motor Credit,    5005 N River Blvd NE,
                 Cedar Rapids, IA 52411
                                                                                                TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516086846*     +Apex Asset Management,    2501 Oregon Pike, Suite 120,    Lancaster, PA 17601-4890
516086848*     +Atlanticare Physician Group,    PO Box 786061,    Philadelphia,    PA 19178-6061
516086849*     +Atlanticare Physician Group,    PO Box 786061,    Philadelphia,    PA 19178-6061
516086854*     +IC System,    PO Box 64378,    Saint Paul,    MN 55164-0378
516086855*     +IC System,    PO Box 64378,    Saint Paul,    MN 55164-0378
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Francesca Ann Arcure    on behalf of Creditor    JPMorgan Chase Bank, National Association as
               servicing agent for Wells Fargo Bank, N.A. as trustee for Freddie Mac Securities REMIC Trust,
               Series 2005-S001 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
```

```
District/off: 0312-1              User: admin                Page 2 of 2                  Date Rcvd: Oct 24, 2018
                                  Form ID: 148               Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joel Lee Schwartz    on behalf of Debtor Salvatore  Bilello esqinac@aol.com, stacygreen7@aol.com
        Joel Lee Schwartz    on behalf of Joint Debtor Margherita  Bilello esqinac@aol.com, stacygreen7@aol.com
        Melissa N. Licker    on behalf of Creditor   Wells Fargo Bank, N.A. as trustee for Freddie Mac Securities REMIC Trust, Series 2005-S001 as serviced by JPMorgan Chase Bank, National Association NJ_ECF_Notices@McCalla.com

        TOTAL: 8

Case 16-15881-ABA    Doc 37    Filed 10/26/18    Entered 10/27/18 00:40:14    Desc Imaged
Certificate of Notice    Page 3 of 3