Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

        Case No.: 16−15881−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Salvatore Bilello | Margherita Bilello |
| 609 N Oxford Avenue | 609 N Oxford Avenue |
| Ventnor, NJ 08406 | Ventnor, NJ 08406 |

Social Security No.:
  xxx−xx−0598                             xxx−xx−3163

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 12, 2018</u>                 <u>Andrew B. Altenburg Jr.</u>
                                                  Judge, United States Bankruptcy Court